Case 1:21-cr-10270-MLW Document 1-1 Filed 09/13/21 Page 1 of 2

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:**
- Category No.: II
- Investigating Agency: HSI
- City: Boston
- County: Suffolk

**Related Case Information:**
- Superseding Ind./Inf.: _____
- Case No.: _____
- Same Defendant: _____
- New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: See Additional Information
- R 20/R 40 from District of: _____

**Defendant Information:**
- Defendant Name: Aticha Jittaphol
- Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: _____
- Address (City & State): 300 Faneuil St., #2F, Brighton, MA
- Birth date (Yr only): 1989
- SSN (last 4#): 6719
- Sex: F
- Race: Asian
- Nationality: Thai
- Defense Counsel if known: Keith Halpern
- Address: 572 Washington St, Suite 19, Wellesley, MA 02482
- Bar Number: 545282

**U.S. Attorney Information:**
- AUSA: Elysa Wan
- Bar Number if applicable: 569231

- Interpreter: ☑ Yes ☐ No — List language and/or dialect: Thai
- Victims: ☐ Yes ☑ No — If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- Matter to be SEALED: ☐ Yes ☑ No
- ☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**
- Arrest Date: _____
- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/10/2021    Signature of AUSA: _[signature]_

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Aticha Jittaphol

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1001 | False Statements | 1-2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   21-mj-2010-MBB; 21-mj-2011-MBB; 21-mj-2012-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013